RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI'S TIRE DEPOT INC.,<br><br>    Defendant. | Case No.:    2:25-cv-00442-DJC-SCR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

      Plaintiff Oscar Ramos, and defendant Ali'sTire Depot Inc. ("Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant is Cris C. Vaughan of Vaughan & Associates Law Office, APC), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with Defendant in this matter whereby plaintiff deemed resolved all claims as against defendant, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all defendants, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendant.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda                                                                4/21/2025

Vaughan & Associates Law Office, APC – By: Cris C. Vaughan /s/ Cris C. Vaughan

Attorney of record for Defendant                                              4/21/2025

FILER'S ATTESTATION

I hereby attest that on April 21, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Cris C. Vaughan, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Ali's Tire Depot Inc., Case No. 25-0442 DJC-SCR, is dismissed with prejudice with respect to all defendants and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Dated:  April 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE